REQUEST FOR ADDRESS CHANGE

DATE: SEPTEMBER 15, 2017

TO: COURT CLERK

75 TED TURNER DRIVE, S.W.

ATLANTA, GA 30303

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 18 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

FROM: CEDRIC THOMAS, PLAINTIFF

330 ARROWHEAD BLVD

JONESBORO GA. 30236 APT 48B

DOCKET NUMBER: 1:17-CV-2455-ELR

I WOULD LIKE TO REQUEST AN ADDRESS CHANGE FROM MY PREVIOUS ADDRESS OF 1702 SPRINGBROOK TRAIL, SMYRNA GA. 30082, TO MY NEW ADDRESS OF 330 ARROWHEAD BLVD, JONESBORO GA. 30236.

THANK YOU FOR YOUR ATTENTION IN THIS MATTER.

SINCERELY,

CEDRIC THOMAS