# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF GEORGIA

# ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 18 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

CEDRIC THOMAS

    PLAINTIFF pro se,

                      CIVIL ACTION FILE NO.

                      1:17-CV-2455-ELR

V.

COBB COUNTY POLICE DEPARTMENT

    DEFENDANT,

## MOTION FOR APPOINTMENT OF COUNSEL

I WOULD LIKE TO REQUEST A COURT-APPOINTED ATTORNEY TO REPRESENT ME IN MY CIVIL LAWSUIT. DUE TO FINANCIAL HARDSHIP, I AM UNABLE TO OBTAIN LEGAL REPRESENTATION; FURTHERMORE, I HAVE VERY LIMITED KNOWLEDGE CONCERNING COURTROOM PROCEDURES AND RULES. THANK YOU FOR YOUR ATTENTION IN THIS MATTER.

                SIGNED, THIS 15 DAY OF SEPTEMBER, 2017

                              CEDRIC THOMAS

                              330 ARROWHEAD BLVD

                              JONESBORO, GA 30236

                              Ctomas845@gmail.com

                              404-207-6385